CEM

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: **08 C 103**

MARY LOU McCOLLUM, Plaintiff,
    v.
SEASONS HOSPICE, INC., d/b/a SEASONS
HOSPICE & PALLIATIVE CARE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Mary Lou McCollum

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE SCHENKIER**

| NAME (Type or print) |
|---|
| Jacob Pomeranz |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Jacob Pomeranz |

| FIRM |
|---|
| CORNFIELD AND FELDMAN |

| STREET ADDRESS |
|---|
| Suite 1400, 25 East Washington Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602-1803 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2229714 | (312) 236-7800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐