AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MARY LOU McCOLLUM, Plaintiff,

V.

SEASONS HOSPICE, INC., d/b/a
SEASONS HOSPICE & PALLIATIVE
CARE,

Defendant.

CASE NUMBER: **08 C 103**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE LEINENWEBER**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Abraham J. Stern, Esq., REED SMITH SACHNOFF & WEAVER
As Registered Agent for
SEASONS HOSPICE, INC.
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carrie A. Herschman, Esq.
CORNFIELD AND FELDMAN
25 East Washington Street
Suite 1400
Chicago, Illinois 60602-1803
(312) 236-7800

an answer to the complaint which is herewith served upon you, ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MI **Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

(By) DEPUTY CLERK



January 7, 2008

Date

# Affidavit of Process Server

Mary Lou McCollum vs Seasons Hospice   08C103
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I **Aaron Willoughby**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Seasons Hospice, Inc., Reg Agent Abraham Stern**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons/Complaint**

by serving (NAME) **Bertha Rios Authorize by Atty A.J. Stern To Accept Service**
☐ Home
☒ Business **10 South Wacker Dr Chicago IL**
☒ on (DATE) **1-7-08** at (TIME) **2:42 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely **Bertha Rios**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
☐ Male   ☒ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☒ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
☐ Yellow Skin   ☐ Blond Hair   ☒ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this **8** day of **January**, 20**08**

NOTARY PUBLIC

SERVED BY LASALLE PROCESS SERVERS

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.