**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 103 |
| MARY LOU McCOLLUM, | |
|     Plaintiff, | |
|   v. | |
| SEASONS HOSPICE, INC., etc., | |
|     Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SEASONS HOSPICE, INC., d/b/a SEASONS HOSPICE & PALLIATIVE CARE

| |
|---|
| NAME (Type or print) |
| ADAM R. CHISS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ ADAM R. CHISS |
| FIRM |
| REED SMITH LLP |
| STREET ADDRESS |
| 10 SOUTH WACKER DRIVE |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272056 | 312-207-1000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐