UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mary Lou McCollum
        Plaintiff,

v.              Case No.: 1:08−cv−00103
             Honorable Harry D. Leinenweber

Seasons Hospice, Inc.
        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: settlement conference.(wp, )Mailed notice.

Dated: June 20, 2008

                   /s/ Harry D. Leinenweber

                   United States District Judge