AC

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
| **CASE NUMBER** | 08 C 0103 | **DATE** | 6/25/2008 |
| **CASE TITLE** | McCollum vs. Seasons Hospice, Inc. | | |

**DOCKET ENTRY TEXT**

Settlement conference is set for **07/31/08 at 1:30 p.m.**, in chambers 1756. The settlement conference will be conducted in accordance with the Court's Standing Order on Instructions for Settlement Conference, which is enclosed and can also be accessed from the Court's Website at http://www.ilnd.uscourts.gov/JUDGE/SCHENKIER/sispage.htm. The schedule for exchange of demand and offer set forth in the standing order is as follows: plaintiff's counsel shall serve on defense counsel a written settlement demand by **07/17/08**. Defendant's counsel shall serve on plaintiff's counsel a written settlement offer by **07/24/08**. The **plaintiff's counsel** shall deliver copies of these letters to chambers by **noon on 07/25/08**. Parties with full and complete settlement authority must attend the conference.

*Copy to judge/magistrate judge.

FILED-EDI
2008 JUN 25 PM 3:38
U.S. DISTRICT COURT
CLERK

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | smk |