IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARY LOU McCOLLUM,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:08-C-103 |
| **SEASONS HOSPICE, INC., d/b/a SEASONS HOSPICE & PALLIATIVE CARE**, | ) |
| Defendant. | ) **Jury Trial Demanded** |

## AGREED STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Mary Lou McCollum and Defendant Seasons Hospice, Inc., d/b/a Seasons Hospice & Palliative Care, hereby stipulate to dismiss this action ***with prejudice***, pursuant to the terms of a settlement agreement, both parties to bear their own fees and costs.

Respectfully submitted,

CORNFIELD AND FELDMAN

By:  /s/ Carrie A. Herschman
     Carrie A. Herschman

CORNFIELD AND FELDMAN      Attorneys for Plaintiff McCollum
Suite 1400
25 East Washington Street
Chicago, Illinois 60602-1803
(312) 236-7800
(312) 236-6686) (fax)

                        REED SMITH SACHNOFF & WEAVER

                        By:   /s/ Robert K. Neiman (by agreement)
                              Robert K. Neiman

REED SMITH SACHNOFF &      Attorneys for Defendant
    WEAVER
40th Floor
10 South Wacker Drive
Chicago, IL   60606
(312) 207-6546
(312) 207-6400 (fax)

Dated:  August 19, 2008

**CERTIFICATE OF SERVICE**

Carrie A. Herschman, an attorney, hereby certifies that on August 19, 2008, she caused the foregoing *Agreed Stipulation To Dismiss* to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including those listed below. Parties may access this filing through the Court's electronic filing system.

        Robert K. Neiman, Esq.
        REED SMITH SACHNOFF & WEAVER
        40th Floor
        10 South Wacker Drive
        Chicago, IL   60606


        /s/ Carrie A. Herschman
        Carrie A. Herschman

CORNFIELD AND FELDMAN
Suite 1400
25 East Washington Street
Chicago, Illinois  60602-1803
(312) 236-7800
(312) 236-6686) (fax)