# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 103 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Mary Lou McCollum vs. Seasons's Hospice Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation, this case is dismissed with prejudice. Status hearing stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

Case 1:08-cv-00103     Document 19-2     Filed 08/19/2008     Page 1 of 1

08C103 Mary Lou McCollum vs. Seasons's Hospice Inc., et al                                                                     Page 1 of 1